## 33162. MEDLEY v. MEDLEY.

PER CURIAM.

This is an appeal from a judgment granting a divorce, property division and attorney fees.

We have considered all the enumerations of error and find them to be without merit.

*Judgment affirmed. All the Justices concur.*

SUBMITTED JANUARY 13, 1978 — DECIDED FEBRUARY 7, 1978.

*MacLeod & Callan, Richard J. MacLeod,* for appellant.
*Jones & Robbins, James A. Robbins, Jr.,* for appellee.